STATE OF NEW JERSEY v. JAMES PETERSON.

November 7, 1984.

Petition for certification denied.

POLAROID CORPORATION v. RICHARD C. KAEMPFER.

November 7, 1984.

Petition for certification denied.

IN THE MATTER OF THE NEW PLANNED PARK ZONE
IN NORTH ARLINGTON.

November 7, 1984.

Petition for certification denied.

STEPHANIE THOMPSON v. NEWARK HOUSING AUTHORITY.

November 7, 1984.

Petition for certification granted.